IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| WILLY ROCILI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENVIRONMENTAL TECHNOLOGIES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> _____ ) | NO. _____ <br><br> CERTIFICATE OF SERVICE |

**Certificate of Service**

I hereby certify that on January 9, 2006, a copy of foregoing Defendant's Notice of Removal was served via facsimile on:

Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK  99501
(907) 274-8201 (facsimile)

and by regular U.S. mail on:

Superior Court of Alaska, Dillingham
Box 909
Dillingham, AK  99501-2004

s/Erin M. Campbell
Legal Assistant to Francis S. Floyd

*CERTIFICATE OF SERVICE* - 1 -

FLOYD & PFLUEGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL. 206 441-4455
FAX 206 441-8484