IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

WILLY ROCILI,                                )
                                             )
                    Plaintiff,               )          NO. _____
                                             )
            v.                               )          CERTIFICATE OF SERVICE
                                             )
ENVIRONMENTAL TECHNOLOGIES,                  )
INC.,                                        )
                                             )
                    Defendant.               )
_____      )

**Certificate of Service**

I hereby certify that on January 9, 2006, a copy of foregoing Defendant's Notice of Removal

was served via facsimile on:

      Michael J. Schneider, P.C.
      880 "N" Street, Suite 202
      Anchorage, AK 99501
      (907) 274-8201 (facsimile)

and by regular U.S. mail on:

      Superior Court of Alaska, Dillingham
      Box 909
      Dillingham, AK 99501-2004

                         s/Erin M. Campbell_____
                         Legal Assistant to Francis S. Floyd

*CERTIFICATE OF SERVICE* - 1 -

FLOYD & PFLUEGER P.S.
300 TRIANON BUILDING. 2505 THIRD AVENUE
SEATTLE. WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484