IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLY ROCILI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL TECHNOLOGIES, )<br>INC., )<br>)<br>    Defendant. )<br>_____) | **CASE NO.   3:06-cv-7** |

## PROPOSED ORDER OF REMAND TO STATE COURT

Defendant ETI having filed a *Notice of Removal* before the Court with regard to <u>Willy Rocili v. Environmental Technologies, Inc</u>., Case No. 3DI-05-96 CI, said *Notice of Removal* having been followed by a motion to remand, and the Court, from the pleadings before it, noting the Defendant's removal notice followed more than thirty (30) days after Defendant's service of the original Complaint which sets forth at paragraphs 1 and 3 thereof the diversity of the parties, the Court finding no waiver of 28 U.S. C. § 1446 by Plaintiff, and being otherwise fully advised in the premises, does hereby ORDER, ADJUDGE, and DECREE as follows:

1. By the Court's signature below, this matter is REMANDED to the state court from which it was improvidently removed.

2. Plaintiff's counsel shall, within ___ days, submit a judgment of dismissal of this matter.

  DONE and ORDERED entered this ___ day of _____, 2006.

                        _____
                        Honorable John W. Sedwick
                        U.S. District Court

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201