1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## ANCHORAGE DIVISION

9
10
11
12
13
14
15

| | |
|---|---|
| WILLY ROCILI, ) | |
| ) | |
| Plaintiff, ) | NO. 3:06-cv-7 |
| ) | |
| v. ) | NOTICE OF SERVICE LIST |
| ) | |
| ENVIRONMENTAL TECHNOLOGIES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

16  Pursuant to the January 11, 2006 Order to Petition Subsequent to Removal, Defendant

17  Environmental Technologies, Inc. provides the following complete service list of all parties:

18
Counsel for Plaintiff:      Michael J. Schneider, P.C.
19                          880 "N" Street, Suite 202
                            Anchorage, AK  99501
20                          Telephone:  (907) 277-9306
                            Fax:  (907) 274-8201
21

22  Co-Counsel for Plaintiff:   Douglas G. Johnson
                                Law Offices of Douglas Johnson, P.C.
23                              821 "N" Street, Suite 208
                                Anchorage, AK  99501
24                              Telephone:  (907) 277-0161
                                Fax:  (907) 277-0164
25

*NOTICE OF SERVICE LIST* - 1 -

FLOYD & PFLUEGER P.S.
300 TRIANON BUILDING. 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484

| | |
|---|---|
| Counsel for Defendant: | Francis S. Floyd |
| | Floyd & Pflueger, PS |
| | 2505 Third Avenue, Suite 300 |
| | Seattle, WA 98121-1445 |
| | Telephone: (206) 441-4455 |
| | Fax: (206) 441-8484 |
| | Email: ffloyd@floyd-pflueger.com |

DATED this 17th day of January, 2006.

FLOYD & PFLUEGER, P.S.

By____s/ Francis. S. Floyd_____
Francis S. Floyd, ASBA #7810069
Attorneys for Defendants
2505 Third Avenue, Suite 300
Seattle, WA 98121-1445
(206) 441-4455
ffloyd@floyd-pflueger.com

**Certificate of Service**

I hereby certify that on January 18, 2006, a copy of foregoing Service List was served via email on:

Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 274-8201 (facsimile)

and via first-class mail on:

Douglas G. Johnson
Law Offices of Douglas Johnson, P.C.
821 "N" Street, Suite 208
Anchorage, AK 99501
(907) 277-0164 (facsimile)

s/Erin M. Campbell_____
Legal Assistant to Francis S. Floyd

NOTICE OF SERVICE LIST - 2 -

FLOYD & PFLUEGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484