Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLY ROCILI,<br><br>   Plaintiff,<br><br>vs.<br><br>ENVIRONMENTAL TECHNOLOGIES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-7<br>) |

**NOTICE OF COUNSEL OF RECORD CHANGE OF ADDRESS**

TO: CLERK OF COURT

Please take notice that Counsel of Record for Plaintiff is changing its address.

Counsel of record will remain the same.

Service should be changed to reflect the above. Proper service should now be made to:

Douglas G. Johnson, Esq.
Law Offices of Douglas G. Johnson, PC
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 277-0161
Fax (907) 277-0164

Plaintiff in the above-captioned action requests that copies of any and all correspondence, pleadings, or other documents filed in the above-captioned action be served upon said Plaintiff at the address set forth above.

DATED this 21st day of March 2006 at Anchorage, Alaska.

LAW OFFICES OF DOUGLAS G. JOHNSON, PC

s/Douglas G. Johnson
Douglas G. Johnson, ABA #9511061
Attorneys for Plaintiff

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of the foregoing was mailed this ____ day of March, 2006 to the following:

Francis S. Floyd, Floyd & Pflueger, PS

s/Douglas G. Johnson
LAW OFFICES OF DOUGLAS G. JOHNSON, PC